# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONALD LaJAMES WOOTEN,** | : | |
| Petitioner, | : | |
| vs. | : | Civil Action  09-0066-KD-C |
| **UNITED STATES OF AMERICA,** | : | Criminal Action 06-0208-KD-C |
| | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 26, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 23rd day of July, 2009.

        <u>s/ Kristi K. DuBose</u>
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**