# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONALD LaJAMES WOOTEN,** | : | |
| Petitioner, | : | |
| vs. | : | Civil Action  09-0066-KD-C |
| **UNITED STATES OF AMERICA,** | : | Criminal Action 06-0208-KD-C |
| | : | |
| Respondent. | | |

## ORDER

This action is now before the Court on the Report and Recommendation of the Magistrate Judge and petitioner's objections (docs. 69-72).  Previously, the Court granted petitioner's request that the Court reopen this action, reconsider the order adopting the Report and Recommendation, and consider his objections to the Report and Recommendation (doc. 76).

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court and petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, is **DENIED**.

**DONE** this 21st day of January, 2010.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE