# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONALD LaJAMES WOOTEN,** | : | |
| Petitioner, | : | |
| vs. | : | Civil Action  09-0066-KD-C |
| **UNITED STATES OF AMERICA,** | : | Criminal Action 06-0208-KD-C |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255, be **DENIED**.

**DONE** this 21st day of January, 2010.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**